**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7134**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DONALD TERRELL RICE,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Spartanburg.  Margaret B. Seymour, Senior District Judge.  (7:99-cr-00902-MBS-1)

Submitted:  December 17, 2019                          Decided:  December 20, 2019

Before KING, FLOYD, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Terrell Rice, Appellant Pro Se.  Andrew Burke Moorman, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Terrell Rice appeals the district court's order denying his motion for relief under the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *United States v. Rice*, No. 7:99-cr-00902-MBS-1 (D.S.C. July 22, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2